

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ANTHONY ROSS,<br><br>        Petitioner,<br>vs.<br><br>RONALD DAVIS, Warden of the California State Prison at San Quentin<br><br>        Respondent | Case No.: CV 96-2720 SVW<br><br>JUDGMENT |

For the reasons set forth in this Court's April 26, 2017 Order, Petitioner Craig Anthony Ross's Second Amended Petition for Writ of Habeas Corpus is DENIED and DISMISSED. The Court has issued a certificate of appealability as to its denial of relief on Claim 1 relating to ineffective assistance of counsel at the penalty phase of trial. This order constitutes the final disposition of the Second Amended Petition by the Court.

**IT IS SO ORDERED**

Date: May 30, 2017

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

JUDGMENT - 1